# First District Court of Appeal
## State of Florida

_____

No. 1D18-2456

_____

JOSHUA TROY DOOLY,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Escambia County.
Jennie Kinsey, Judge.

May 6, 2019

PER CURIAM.

    AFFIRMED.

ROWE, JAY, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Andy Thomas, Public Defender, and Joel Arnold, Assistant Public Defender, Tallahassee; Joshua Troy Dooly, pro se.

Ashley Moody, Attorney General, Tallahassee, for Appellee.